AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

THOMAS BRANAGAN,

    Petitioner,   JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:12-CV-00113-RCJ-VPC**

STATE OF NEVADA

    Respondent.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to the filing, in a new action, of a petition on the required form together with a new and properly completed application to proceed *in forma pauperis* with all required attachments.

  May 15, 2012                          **LANCE S. WILSON**
                                                     Clerk

                                                      /s/ D. R. Morgan
                                                       Deputy Clerk